No. 380. PENNINGTON-WINTER CONSTRUCTION Co. *v.* DURKIN, SECRETARY OF LABOR. C. A. 10th Cir. Certio-

916

rari denied. *Sylvanus G. Felix* for petitioner. *Acting Solicitor General Stern, William S. Tyson* and *Bessie Margolin* filed a memorandum stating that respondent does not oppose the petition for certiorari.